IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

BRITTANY CHRISHAWN WILLIAMS,

   Petitioner,

v.              Case No.  5D23-0393
                LT Case No. 16-2020-CF-00478

STATE OF FLORIDA,

   Respondent.
_____/

Opinion filed April 14, 2023

Petition for Belated Appeal,
A Case of Original Jurisdiction.

Thomas J. Butler, of Thomas Butler,
P.A., Miami Beach, for Petitioner.

Ashley Moody, Attorney General
Tallahassee, and Zachary Lawton,
Assistant Attorney General,
Tallahassee, for Respondent.


PER CURIAM.

   The petition for belated appeal is granted.  A copy of this opinion shall

be filed with the trial court and be treated as the notice of appeal from the

September 10, 2021 judgment and sentence rendered in Case No. 16-

2020-CF-004786, in the Circuit Court in and for Duval County, Florida. <u>See</u>

Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

BOATWRIGHT, KILBANE,  and MACIVER, JJ., concur.